[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12425

Non-Argument Calendar

_____

ANDY DESTY,

Plaintiff-Appellant,

*versus*

NATIONAL VEHICLE RECOVERY OF GEORGIA, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-05454-SDG-JEM

_____

2                    Opinion of the Court                    24-12425

Before WILSON, JORDAN, and JILL PRYOR, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Andy Desty, proceeding *pro se*, appeals from the magistrate judge's order denying his motion to compel discovery responses. We lack jurisdiction to review the order because it has not been reviewed or rendered final by the district court. *See* 28 U.S.C. § 1291; *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982); *United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.